UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS - SHERMAN DIVISION

| | | |
|---|---|---|
| **LURACO HEALTH & BEAUTY, LLC,** | § | |
| Plaintiff, | § | Case No. 3:18-cv-03389-G |
| | § | |
| v. | § | |
| | § | |
| **VU TRAN,** *et al*. | § | |
| Defendants. | § | |

## NOTICE OF WITHDRAWAL

**COMES NOW** Plaintiff Luraco Health & Beauty, LLC ("Plaintiff") and file this Notice of Withdrawal of the Agreed Motion to Amend Case Style and Correct Name, comprising Docket Number 9 and attachments 9-1, and 9-2 ("Motion").

The Motion was filed in error, and all parties in interest should consider it withdrawn.

Respectfully submitted,

*/s/ Warren V. Norred*

Warren V. Norred, Texas Bar: 24045094
Norred Law, PLLC
515 E. Border, Arlington, Texas 76010
wnorred@norredlaw.com
817-704-3984 O; 817-524-6686 F
Attorney for Plaintiff

**CERTIFICATE OF SERVICE** - I certify that a true and correct copy of the attached Motion to Amend Case Style was served on the attorneys of record for all parties and those asking for notice by the Court's electronic filing system on January 30, 2019:

/s/ Warren V. Norred
Warren V. Norred