**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **LURACO HEALTH & BEAUTY, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | |
| **VU TRAN; NGA VO; LUCY SAM'S SPA** § | |
| **& NAIL SUPPLY, INC.; BURRY** § | |
| **COSMETIC, INC.; SAM'S SPA SUPPLY,** § | **CASE NO. 4:19-CV-51-ALM-KPJ** |
| **INC.; SAM'S NAIL SUPPLY INC.;** § | |
| **SAM'S NAIL SUPPLY SAN ANTONIO,** § | |
| **INC.; SAM-SPA HOLDING CO., INC.;** § | |
| **GTP INTERNATIONAL CORP.; and** § | |
| **XUYEN CHAU LUC MFG. – TRADING** § | |
| **CO., LTD.,** § | |
| § | |
| **Defendants.** § | |

## ORDER

Before the Court is Plaintiff Luraco Health & Beauty, LLC's ("Plaintiff") Agreed Motion to Change Case Style (the "Motion") (Dkt. 9), wherein Plaintiff seeks to amend the case style to accurately name all defendants and to amend the complaint accordingly. *See id*. Specifically, the Motion represents that Defendant Lucy Sam's Spa & Nail Supply, Inc., is mistakenly listed as "Lucy Sam's Spa Supply Inc." The Motion further represents that although Defendants have not yet been served, they have agreed to waive service and have also agreed to restyle the case as requested by Plaintiff. *Id*. Upon consideration, the Court finds the Motion (Dkt. 9) is **GRANTED**.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to restyle the case and amend the docket as set forth above.

**IT IS FURTHER ORDERED** that Plaintiff's First Amended Complaint (Dkt.11) is deemed filed as of January 30, 2019.

**IT IS FINALLY ORDERED** that Plaintiff shall file proof of Defendants' waiver of service within thirty (30) days of this Order, or notify the Court of the reason for any delay.

**IT IS SO ORDERED**.

**SIGNED this 6th day of February, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE