# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **LURACO HEALTH & BEAUTY, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | |
| **VU TRAN; NGA VO; LUCY SAM'S SPA** § | |
| **& NAIL SUPPLY, INC.; BURRY** § | |
| **COSMETIC, INC.; SAM'S SPA SUPPLY,** § | **CASE NO. 4:19-CV-51-ALM-KPJ** |
| **INC.; SAM'S NAIL SUPPLY INC.;** § | |
| **SAM'S NAIL SUPPLY SAN ANTONIO,** § | |
| **INC.; SAM-SPA HOLDING CO., INC.;** § | |
| **GTP INTERNATIONAL CORP.; and** § | |
| **XUYEN CHAU LUC MFG. – TRADING** § | |
| **CO., LTD.,** § | |
| § | |
| **Defendants.** § | |

## ORDER

On February 6, 2019, the Court issued an order (the "February 6 Order") (Dkt. 12) granting Plaintiff Luraco Health & Beauty, LLC's ("Plaintiff") Agreed Motion to Change Case Style (the "Motion") (Dkt. 9), wherein Plaintiff sought to amend the case style to correctly name one of the defendants and to amend its complaint accordingly. In light of Plaintiff's Notice of Withdrawal of the Motion (Dkt. 10), the Court hereby **WITHDRAWS** the February 6 Order (Dkt. 12).

**IT IS THEREFORE ORDERED** that the case name and style shall remain as it was at the time the case was transferred from the Northern District of Texas (*see* Dkt. 7) pending further order of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint (Dkt.11) is not deemed filed, and Plaintiff's Original Complaint (Dkt. 1) remains the operative complaint unless the Court grants Plaintiff leave to amend its complaint.

**IT IS SO ORDERED**.

**SIGNED this 7th day of February, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE