(12) **United States Patent**      (10) **Patent No.:**     **US 9,926,933 B2**
Le et al.                          (45) **Date of Patent:**     \*Mar. 27, 2018

(54) **BEARING AND SHAFT ASSEMBLY FOR JET ASSEMBLIES**

(71) Applicants: **Kevin Le**, Richland Hills, TX (US);
**Thanh Le**, Grand Prairie, TX (US)

(72) Inventors: **Kevin Le**, Richland Hills, TX (US);
**Thanh Le**, Grand Prairie, TX (US)

(73) Assignee: **Luraco, Inc.**, Arlington, TX (US)

( \* ) Notice:  Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 608 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/923,364**

(22) Filed:  **Jun. 20, 2013**

(65)     **Prior Publication Data**

US 2014/0377100 A1     Dec. 25, 2014

(51) **Int. Cl.**
*F04D 29/046*     (2006.01)
*F04D 13/02*     (2006.01)
*F04D 29/047*     (2006.01)
F04D 13/06     (2006.01)
F04D 25/06     (2006.01)

(52) **U.S. Cl.**
CPC .........  *F04D 13/026* (2013.01); *F04D 13/024* (2013.01); *F04D 13/0633* (2013.01); *F04D 29/047* (2013.01); *F04D 29/0465* (2013.01); *F04D 13/064* (2013.01); *F04D 25/06* (2013.01)

(58) **Field of Classification Search**
CPC .. F04D 13/024; F04D 29/0465; F04D 29/047; F04D 29/048; F04D 13/0633; F04D 13/064; F04D 13/027; F04D 13/026; F04D 25/06; F04D 29/605; F04D 29/628; H02N 15/00; Y10T 137/86075; Y10T 29/49012
See application file for complete search history.

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,506,886 | A | 5/1950 | Okulitch et al. |
| 2,951,689 | A | 9/1960 | Asp et al. |
| 2,958,517 | A | 11/1960 | Harker et al. |
| 3,299,819 | A | 1/1967 | McCoy |
| 3,572,651 | A | 3/1971 | Harker |
| 3,932,068 | A | 1/1976 | Zimmermann |
| 3,941,517 | A | 3/1976 | Miyahara |
| 4,115,040 | A | 9/1978 | Knorr |

(Continued)

FOREIGN PATENT DOCUMENTS

GB     2156218 A     10/1985

*Primary Examiner* — Dominick L Plakkoottam
(74) *Attorney, Agent, or Firm* — Hoang Steve Ngo

(57)     **ABSTRACT**

An improved bearing and shaft assembly for jet assemblies is disclosed. The improved bearing and shaft assembly includes a bearing assembly having an outer bearing member and an inner bearing member, and a shaft assembly having a shaft member, a shaft protection member, and a locking mechanism. Also, a jet assembly that includes the improved bearing and shaft assembly is disclosed. The jet assembly may be coupled to a motor assembly. The jet assembly further includes the housing that includes at least one inlet aperture and at least one outlet aperture, and an impeller positioned within a cavity of the housing. In addition, a pump comprising a motor assembly and a jet assembly that includes the improved bearing and shaft assembly is disclosed. Furthermore, a method for displacing a fluid using the improved bearing and shaft assembly is disclosed.

**64 Claims, 8 Drawing Sheets**



## US 9,926,933 B2
Page 2

(56)               **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,135,863 | A | 1/1979 | Davis et al. |
| 4,304,532 | A | 12/1981 | McCoy |
| 4,513,735 | A | 4/1985 | Friedson et al. |
| 4,523,580 | A | 6/1985 | Tureaud |
| 4,569,337 | A | 2/1986 | Baumann et al. |
| 4,606,698 | A | 8/1986 | Clausen et al. |
| 5,587,023 | A | 12/1996 | Booth |
| 7,168,107 | B2 | 1/2007 | Gruenwald |
| 7,393,188 | B2 | 7/2008 | Lawyer et al. |
| 8,214,937 | B2 | 7/2012 | Lawyer et al. |
| 2010/0074777 | A1 * | 3/2010 | Laufer ................... F04D 13/12<br>417/420 |
| 2010/0239435 | A1 | 9/2010 | Le et al. |
| 2011/0004994 | A1 | 1/2011 | Le et al. |
| 2011/0116948 | A1 * | 5/2011 | Yi ......................... H02K 1/148<br>417/410.1 |
| 2011/0253236 | A1 * | 10/2011 | Le ............................ F04F 5/10<br>137/565.22 |
| 2011/0305562 | A1 * | 12/2011 | Matsunaga ......... F04D 13/0633<br>415/206 |
| 2012/0156071 | A1 * | 6/2012 | Hijikata ................ F04D 29/605<br>417/423.12 |

* cited by examiner



**FIG. 1A**          **FIG. 1B**



**FIG. 2**



*FIG.  3A*          *FIG.  3B*



**FIG.  4**



**FIG. 5**



**FIG. 6**



*FIG.  7*



*FIG. 8*



FIG. 9

US 9,926,933 B2

1

# BEARING AND SHAFT ASSEMBLY FOR JET ASSEMBLIES

## BACKGROUND OF THE INVENTION

Field of the Invention

The present invention generally relates to spa devices, components, and systems. More specifically, the present invention is directed to an improved bearing and shaft assembly for jet assemblies, to a jet assembly that includes the improved bearing and shaft assembly, to a pump, such as a magnetic coupling pump, comprising a motor assembly and a jet assembly that includes the improved bearing and shaft assembly, and to a method for displacing a fluid using the improved bearing and shaft assembly.

Description of the Related Art

Spa devices, components, and systems are known in the art. Spa devices are used in commercial and recreational settings for hydrotherapy, massage, stimulation, pedicure, and bathing purposes. Typical spa devices include a motor that drives a pump to circulate water from the spa device. In particular, a shaft of the motor is used to directly mount an impeller, which is then used to circulate water into and out of the spa device. Since the motor may not operate wet, a seal or a series of seals may be required to prevent water from entering the motor. The seals will wear to the point where water will enter the motor and consequently, the entering water may cause the motor to burn out. At this point, the motor assembly may be replaced in order to continue operation. This is expensive and may take several hours in which to perform.

Additionally, because typical spa devices have extensive piping systems that are built into the spa device to transport water, the spa devices are traditionally difficult to clean. This results in downtime and complicated maintenance schedules to clean such spa devices. Furthermore, if a spa device has a light source associated with it, to replace or repair such a light source can be time consuming and complicated when the light source is not easily accessible.

In the spa application environment, water is commonly added with certain substances and/or products, such as salt, chemicals, sand, massage lotions, etc. Due to this fact, traditional bearings, such as ball bearings and metal bushings, will not be suitable for a long term and reliable operation. The presence of chemicals and sand, for example, will cause some or many currently available bearings to wear out quicker than normal and result in pump failures.

In addition, for magnetic coupling pumps, it is almost impossible to have a perfect alignment between the motor shaft axis and the impeller rotation axis. The imperfect alignment or misalignment will result in high vibration noise.

The present invention overcomes one or more of the shortcomings of the above described spa devices, components, and systems. The Applicant is unaware of inventions or patents, taken either singly or in combination, which are seen to describe the present invention as claimed.

## SUMMARY OF THE INVENTION

In one exemplary aspect, the present invention is directed to an improved bearing and shaft assembly for jet assemblies. The improved bearing and shaft assembly comprises a bearing assembly comprising an outer bearing member and an inner bearing member, and a shaft assembly comprising a shaft member, a shaft protection member, and a locking mechanism.

2

The outer bearing member preferably comprises a ring-like base and a cylindrical body extending upwardly from the ring-like base. The cylindrical body comprises a first end, a second end, and a cavity extending from the first end to the second end. The cavity is dimensioned and configured for receiving the inner bearing member. The outer bearing member is dimensioned and configured for fitting within a cavity of an impeller of a jet assembly.

The inner bearing member comprises a cylindrical body comprising a first end, a second end, and a cavity extending from the first end to the second end of the cylindrical body of the inner bearing member. The cavity of the cylindrical body of the inner bearing member is dimensioned and configured for receiving the shaft member and shaft protection member of the shaft assembly.

The shaft member comprises a base and a cylindrical body extending upwardly from the base of the shaft member. The cylindrical body of the shaft member comprises a first end and a second end. The shaft member is adapted for being secured within a housing of a jet assembly, such as the base of the shaft member being secured centrally within a cavity of the housing of the jet assembly.

The shaft protection member preferably comprises a ring-like base and a cylindrical body extending upwardly from the ring-like base of the shaft protection member. The cylindrical body of the shaft protection member comprises a first end, a second end, and a cavity extending from the first end to the second end of the cylindrical body of the shaft protection member. The cavity of the cylindrical body of the shaft protection member is dimensioned and configured for receiving the cylindrical body of the shaft member. The cylindrical body of the shaft protection member is dimensioned and configured for fitting within the cavity of the cylindrical body of the inner bearing member.

The locking mechanism secures the impeller within the housing of the jet assembly.

In another exemplary aspect, the present invention is directed to a jet assembly that includes the improved bearing and shaft assembly. In addition to the improved bearing and shaft assembly, the jet assembly further includes a housing defining a cavity and comprising at least one inlet aperture disposed about the housing and dimensioned and configured to receive a fluid and at least one outlet aperture disposed about the housing and dimensioned and configured to output the fluid, and an impeller positioned within the cavity defined by the housing and configured to rotate within the cavity when a magnetic pole array from a motor assembly is driven such that rotation of the impeller causes the fluid to flow into the inlet aperture and out the outlet aperture. The jet assembly is adapted for being coupled to a motor assembly.

In an additional exemplary aspect, the present invention is directed to a pump, such as a magnetic coupling pump, comprising a motor assembly and a jet assembly that includes the improved bearing and shaft assembly. The motor assembly has a motor and a magnetic pole array such that the motor is configured to drive the magnetic pole array. The jet assembly is secured or coupled to the motor assembly. In addition to the improved bearing and shaft assembly, the jet assembly further includes a housing defining a cavity and comprising at least one inlet aperture preferably disposed about the housing and dimensioned and configured to receive a fluid and at least one outlet aperture preferably disposed about the housing and dimensioned and configured to output the fluid, and an impeller positioned within the cavity defined by the housing and configured to rotate within the cavity when the magnetic pole array from the motor

US 9,926,933 B2

**3**

assembly is driven such that rotation of the impeller causes the fluid to flow into the inlet aperture and out the outlet aperture.

In a further exemplary aspect, the present invention is directed to a method for displacing a fluid using the improved bearing and shaft assembly.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1A** is a perspective, exploded view of a bearing assembly of an improved bearing and shaft assembly according to the present invention;

FIG. **1B** is a perspective, assembly view of the bearing assembly of FIG. **1A**;

FIG. **2** is a perspective, assembly view of the bearing assembly of FIG. **1A** positioned within a cavity of an impeller;

FIG. **3A** is a perspective, exploded view of a shaft assembly of an improved bearing and shaft assembly according to the present invention;

FIG. **3B** is a perspective, assembly view of the shaft assembly of FIG. **3A**;

FIG. **4** is a perspective, assembly view of the shaft assembly of FIG. **3A** positioned relative to a housing (without a front cover) of a jet assembly;

FIG. **5** is a perspective, exploded view of the bearing assembly of FIG. **1A**, the shaft assembly of FIG. **3A**, and a jet assembly (with a front cover);

FIG. **6** is a perspective, assembly view of the improved bearing and shaft assembly of FIGS. **1A** and **3A**, and the impeller and housing of the jet assembly (without the front cover) of FIG. **5**;

FIG. **7** is a perspective, assembly view of the improved bearing and shaft assembly of FIGS. **1A** and **3A**, and the impeller and housing of the jet assembly (with the front cover) of FIG. **5**;

FIG. **8** is a perspective view of a magnetic coupling pump according to the present invention, showing a jet assembly and a motor assembly coupled to one another; and

FIG. **9** is a cross-sectional view of the magnetic coupling pump of FIG. **8**.

It should be understood that the above-attached figures are not intended to limit the scope of the present invention in any way.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIGS. **1A-5** and in one exemplary aspect, the present invention is directed to an improved bearing and shaft assembly **100** for jet assemblies **180**.

The improved bearing and shaft assembly **100** is comprised of a bearing assembly **110** comprising an outer bearing member **120** and an inner bearing member **130**, and a shaft assembly **140** comprising a shaft member **150**, a shaft protection member **160**, and a locking mechanism **159**.

As shown in FIGS. **1A**, **1B** and **2**, the outer bearing member **120** and inner bearing member **130** perform as a bearing. The inner bearing member **130** absorbs vibration and noise when in use with other components of a jet assembly **180** or a pump **300**, such as a magnetic coupling pump **300** and the like.

The outer bearing member **120** includes a base **122**, preferably a ring-like base, and a cylindrical body **124** extending upwardly from the ring-like base **122**. The ring-like base **122** has a predetermined thickness. The cylindrical body **124** has a first end **126**, a second end **128**, and a cavity

**4**

**129** extending from the first end **126** to the second end **128**. As shown in FIGS. **1A**, **1B**, **2** and **5**, the cavity **129** is dimensioned and configured for receiving the inner bearing member **130**. Preferably, when in use, the outer bearing member **120** and inner bearing member **130** are closely or tightly positioned relative to one another such that they form an effective seal. As shown in FIGS. **2** and **5**, the outer bearing member **120** is dimensioned and configured for fitting, preferably closely or tightly fitting, within a centrally-disposed cavity **179** of an impeller **170**, preferably a magnetic impeller and more preferably a planar magnetic impeller, of a jet assembly **180**. Preferably and as best shown in FIG. **2**, the ring-like base **122** of the outer bearing member **120** and first end **136** of the cylindrical body **134** of the inner bearing member **130** are substantially flush with the rear side **174** of the magnetic impeller **170** when the outer bearing member **120** and inner bearing member **130** are positioned within the centrally-disposed cavity **179** of the magnetic impeller **170**. Preferably, the centrally-disposed cavity **179** of the magnetic impeller **170** is dimensioned and configured for effectively receiving the bearing assembly **110** prior to use, and also for effectively retaining the bearing assembly **110** when in use. The outer bearing member **120** is preferably made or manufactured of a plastic material or engineered plastics. It is obvious to one of ordinary skill in the art that other suitable materials may be used in the making or manufacturing of the outer bearing member **120**.

The inner bearing member **130** includes cylindrical body **134** having first end **136**, a second end **138**, and a cavity **139** extending from the first end **136** to the second end **138**. As shown in FIGS. **1A**, **1B**, **2** and **5**, the cavity **139** is dimensioned and configured for receiving the shaft member **150** and shaft protection member **160** of the shaft assembly **140**. The inner bearing member **130** is preferably made or manufactured of rubber or a rubber-like material. It is obvious to one of ordinary skill in the art that other suitable materials may be used in the making or manufacturing of the inner bearing member **130**.

As shown in FIGS. **3A**, **3B**, **4** and **5**, the shaft assembly **140** includes the shaft member **150**, the shaft protection member **160**, and the locking mechanism **159**.

As shown in FIGS. **3A**, **3B** and **5**, the shaft member **150** includes a base **152** and a cylindrical body **154** extending upwardly from the base **152**. The cylindrical body **154** has a first end **156** and a second end **158**. As best shown in FIG. **4**, the shaft member **150** and shaft protection member **160** are secured within the housing **181**, preferably in a central location within a cavity **184** of the housing **181**, of the jet assembly **180** via the base **152** of the shaft member **150** being secured to the base **182** of the housing **181**. The cylindrical body **154** has a first end **156** and a second end **158**. The shaft member **150** is preferably made or manufactured of steel or a metal material. It is obvious to one of ordinary skill in the art that other suitable materials may be used in the making or manufacturing of the shaft member **150**. Also, the shaft member **150** is preferably made or manufactured as a single piece. It is obvious to one of ordinary skill in the art that the shaft member **150** may be made or manufactured as multiple pieces.

The shaft protection member **160** includes a base **162**, preferably a ring-like base, and a cylindrical body **164** extending upwardly from the ring-like base **162**. The cylindrical body **164** has a first end **166**, a second end **168**, and a cavity **169** extending from the first end **166** to the second end **168**. As shown in FIG. **3B**, the cavity **169** is dimensioned and configured for receiving the cylindrical body **154** of the shaft member **150**. The shaft protection member **160**

US 9,926,933 B2

5

is preferably made or manufactured of a hard material, such as ceramic or a ceramic-type material. It is obvious to one of ordinary skill in the art that other suitable materials may be used in the making or manufacturing of the shaft protection member 160. Also, the shaft protection member 160 is preferably polished or super smooth on its outer surface. Further, the shaft protection member 160 is preferably made or manufactured as two pieces. It is obvious to one of ordinary skill in the art that the shaft protection member 160 may be made or manufactured as a single piece.

The locking mechanism 159 secures the magnetic impeller 170 within the housing 181 of the jet assembly 180. The locking mechanism 159 may be a locking nut that, when in use, is secured onto the second end 158 of the cylindrical body 154 of the shaft member 150.

As shown in FIGS. 2, 5 and 6, the magnetic impeller 170 has a "disc-like" configuration or shape, and includes a front side 172, a rear side 174, a sidewall 176, a circular array of arm members 178 positioned on the front side 172, and the centrally-disposed cavity 179 dimensioned and configured for receiving the outer bearing member 120, inner bearing member 130, shaft member 150, and shaft protection member 160. The centrally-disposed cavity 179 preferably extends from the front side 172 through to the rear side 174. The magnetic impeller 170 is configured to rotate about the shaft member 150 and shaft protection member 160. Preferably, the magnetic impeller 170 is formed in whole or in part of a magnetic pole array 177 that, as discussed below, interacts with magnetic pole array 210 of the motor assembly 200 to rotate the magnetic impeller 170 about the shaft member 150 and shaft protection member 160. As a non-limiting example, the magnetic impeller 170 may contain a magnetic plate within an exterior made or manufactured of rubber or a rubber-like material. It is obvious to one of ordinary skill in the art that the magnetic impeller 170 may be other types of magnetic impellers that is known in the art.

In use and as shown in FIGS. 4-6, the base 152 of the shaft member 150 and base 162 of the shaft protection member 160 may be secured preferably in a central location within the cavity 184 of the housing 181 of the jet assembly 180 of the magnetic coupling pump 300. The bearing assembly 110 may then be positioned in the cavity 179 of the magnetic impeller 170, which can then be positioned within the cavity 184 of the housing 181 of the jet assembly 180. The locking mechanism or nut 159 can then be secured to the second end 158 of the cylindrical body 154 of the shaft member 150 to secure the magnetic impeller 170 within the housing 181 of the jet assembly 180.

Referring to FIGS. 1A-7, in another exemplary aspect, the present invention is directed to a jet assembly 180 that includes the improved bearing and shaft assembly 100 (as described above). The jet assembly 180 is adapted for being secured or coupled to a motor assembly 200.

In addition to the improved bearing and shaft assembly 100, the jet assembly 180 further includes a housing 181 and an impeller 170 (as described above), preferably a magnetic impeller and more preferably a planar magnetic impeller.

As shown in FIGS. 4-7, the housing 181 of the jet assembly 180 includes a base 182, a front cover 183, the cavity 184 defined within the base 182 and front cover 183, at least one inlet aperture 185 dimensioned and configured to receive a fluid and preferably disposed on the front cover 183, and at least one outlet aperture 186 dimensioned and configured to output the fluid and preferably disposed on the front cover 183.

The magnetic impeller 170 is adapted for being positioned within the cavity 184 of the housing 181 and configured to

6

rotate within the cavity 184 when a magnetic pole array 210 from the motor assembly 200 is driven such that rotation of the magnetic impeller 170 causes the fluid to flow into the inlet aperture 185 and out the outlet aperture 186.

Preferably when in use and as shown in FIGS. 8 and 9, the jet assembly 180 is positioned adjacent or in close proximity to the motor assembly 200 when the magnetic pump 300 is fully assembled. In that regard, the jet assembly 180 is preferably magnetically coupled to the motor assembly 200 when the jet assembly 180 is positioned adjacent or in close proximity to the motor assembly 200. Specially, the magnetic pole array 210 of the motor assembly 200 and the magnetic pole array 177 of the jet assembly 180 magnetically couple together the motor assembly 200 and the jet assembly 180.

Moreover, during operation of the magnetic pump 300 as shown in FIG. 9, the shaft member 150 of the shaft assembly 140 is stationary while the shaft member 208 is rotated such that the magnetic field 212 generated by the magnetic pole array 210 of the motor assembly 200 moves or fluctuates in accordance with the rotation of the magnetic pole array 210 of the motor assembly 200. This moving or fluctuating magnetic field 212 moves and/or causes rotation of magnetic pole array 177 of the magnetic impeller 170. Additionally, as discussed in greater detail below, rotation of the magnetic impeller 170 results in fluid being drawn towards the magnetic impeller 170 through inlet apertures 185 and such fluid to be propelled out of the jet assembly 180 through the outlet aperture 186.

Referring to FIGS. 1A-9, in an additional exemplary aspect, the present invention is directed to a pump 300, preferably a magnetic coupling pump, comprising a motor assembly 200 and a jet assembly 180 (as described above) that includes the improved bearing and shaft assembly 100 (as described above). The jet assembly 180 is secured or coupled to the motor assembly 200.

As best shown in FIG. 9, the motor assembly 200 includes a motor 202, a magnetic pole array 210 such that the motor 202 is configured to drive the magnetic pole array 210, a mounting housing member 206, a gasket 207, a motor shaft member 208 that is coupled to the magnetic pole array 210, and a plurality of screws with wing nuts 209 to support the pump mounting. The mounting housing member 206 and gasket 207 preferably enclose all or a substantial portion of the magnetic pole array 210, and help to keep fluids and/or substances away from the motor 202 and magnetic pole array 210 so that contamination and/or damage is reduced or prevented. The magnetic pole array 210 is formed of magnetic material and/or is magnetized in order to generate a magnetic field 212.

In that regard, the motor assembly 200 may include and/or be coupled to a power source (not shown) that enables rotation of the motor shaft member 208. Upon operation of the motor assembly 200, the motor shaft member 208 is rotated such that the magnetic field 212 generated by the magnetic pole array 210 moves or fluctuates in accordance with the rotation of the magnetic pole array 210.

In addition, when the magnetic coupling pump 300 is assembled, the jet assembly 180 is positioned adjacent or in close proximity to the mounting housing member 206 of the motor assembly 200. The jet assembly 180 is preferably magnetically coupled to the motor assembly 200 when the jet assembly 180 is positioned adjacent or in close proximity to the mounting housing member 206. The jet assembly 180 and mounting housing member 206 can be secured or coupled to one another by any method and/or device known to one of ordinary skill in the art.

US 9,926,933 B2

7

Furthermore, the motor assembly **200** may further include an air channel (not shown), or air channel member (not shown). In that regard, the air channel includes an inlet (not shown) and outlet (not shown). The air channel, in part, enables the jet assembly **180** to produce a jet stream of fluid that includes an air mixture.

Additionally, the motor assembly **200** may further include sensors (not shown). The sensors may be positioned on a front facing surface (not shown), or annular flange, of the mounting housing member **206**. The sensors may include electrodes that act as level sensors that sense the level of fluid around the pump **300**. If the sensors detect that the level of fluid around the pump **300** is below a predetermined level or value, then the sensors can shut off the pump **300**. For example, if pump **300** is being used in a spa application, the sensors can detect the level of fluid in a basin in which the pump **300** is being used. If the fluid level is too low such that continued operation of pump **300** may cause damage to the pump, then sensors send a signal to motor assembly **200** to stop the motor assembly **200** from operating. Therefore, the sensors act as a safety mechanism that prevents the pump **300** from burning out if fluid levels are too low for proper functioning of pump **300**.

Although the sensors have been described as being associated with particular aspects of motor assembly **200**, it is contemplated that sensors can be associated with other and/or additional portions of motor assembly **200**. Additionally, in other embodiments sensors can be associated with jet assembly **180**. Furthermore, in other embodiments sensors can be associated with both motor assembly **200** and jet assembly **180**. Moreover, although two sensors are shown it is contemplated that one sensor or more than two sensors can be used to detect fluid levels around pump **300**.

In a further exemplary aspect, the present invention is directed to a method for displacing a fluid using an improved bearing and shaft assembly **100** for a jet assembly **180**, the method comprising the steps of:

securing the improved bearing and shaft assembly **100** within a housing **181** of a jet assembly **180**,

wherein the improved bearing and shaft assembly **100** comprises a bearing assembly **110** and a shaft assembly **140**,

wherein the bearing assembly **110** comprises an outer bearing member **120** and an inner bearing member **130**,

wherein the shaft assembly **140** comprises a shaft member **150**, a shaft protection member **160**, and a locking mechanism **159**,

wherein the outer bearing member **120** comprises a cylindrical body **124** comprising a first end **126**, a second end **128**, and a cavity **129** extending from the first end **126** to the second end **128**, wherein the cavity **129** of the cylindrical body **124** is dimensioned and configured for receiving the inner bearing member **130**, wherein the outer bearing member **120** is dimensioned and configured for fitting within a cavity **179** of an impeller **170** of the jet assembly **180**,

wherein the inner bearing member **130** comprises a cylindrical body **134** comprising a first end **136**, a second end **138**, and a cavity **139** extending from the first end **136** to the second end **138** of the cylindrical body **134** of the inner bearing member **130**,

wherein the shaft member **150** comprises a cylindrical body **154** comprising a first end **156** and a second end **158**,

wherein the shaft protection member **160** comprises a cylindrical body **164** comprising a first end **166**, a second end **168**, and a cavity **169** extending from the first end **166** to the second end **168** of the cylindrical body **164** of the shaft protection member **160**, wherein the cavity **169** of the cylindrical body **164** of the shaft protection member **160** is

8

dimensioned and configured for receiving the shaft member **150**, wherein the shaft protection member **160** is dimensioned and configured for fitting within the cavity **139** of the cylindrical body **134** of the inner bearing member **130**, and

wherein the locking mechanism **159** secures the impeller **170** within the housing **181** of the jet assembly **180**;

causing rotation of the impeller **170** positioned within a cavity **184** defined by the housing **181** of the jet assembly **180**;

receiving the fluid through at least one input aperture **185** disposed about the housing **181** of the jet assembly **180**;

disturbing the fluid with the rotating impeller **170**; and

outputting the fluid through at least one output aperture **186** disposed about the housing **181** of the jet assembly **180**.

In addition, the method above may further include:

wherein the outer bearing member **120** further comprises a base **122** comprising a cavity, wherein the cylindrical body **124** of the outer bearing member **120** extends upwardly from the base **122**, wherein the cavity of the base **122** is dimensioned and configured for receiving the inner bearing member **130**,

wherein the shaft member **150** further comprises a base **152**, wherein the cylindrical body **154** of the shaft member **150** extends upwardly from the base **152** of the shaft member **150**, and

wherein the shaft protection member **160** further comprises a base **162** comprising a cavity, wherein the cylindrical body **164** of the shaft protection member **160** extends upwardly from the base **162** of the shaft protection member **160**, and wherein the cavity of said base **162** is dimensioned and configured for receiving the shaft member **150**.

Additionally, the method above may further include:

wherein the jet assembly **180** is adapted for being secured to a pump **300**, such as a magnetic coupling pump **300** and the like, wherein the impeller **170** is a magnetic impeller **170** comprising a magnetic pole array **177**, wherein a motor assembly **200** of the magnetic coupling pump **300** comprises a motor **202**, a magnetic pole array **210**, and a shaft member **208** wherein a magnetic field **212** generated by the magnetic pole array **210** of the motor assembly **200** moves or fluctuates in accordance with the rotation of the magnetic pole array **210** of the motor assembly **200**, wherein the motor **202** drives the magnetic pole array **210** of the motor assembly **200**, wherein the magnetic field **212** moves and/or causes rotation of the magnetic pole array **177** of the magnetic impeller **170**, and wherein rotation of the magnetic impeller **170** results in the fluid being drawn towards the magnetic impeller **170** through the at least one inlet aperture **185** and the fluid to be propelled out of the jet assembly **180** through the at least one outlet aperture **186**.

Further, the method above may further include:

wherein the outer bearing member **120** is manufactured of a plastic material or engineered plastics, wherein the inner bearing member **130** is manufactured of rubber or a rubber-like material, wherein the shaft member **150** is manufactured of steel or a metal material, and wherein the shaft protection member **160** is manufactured of a hard material.

Furthermore, the method above may further include any of the parts, steps and/or details that have been described in the above paragraphs with regard to the improved bearing and shaft assembly **100**, jet assemblies **180**, and pumps **300**, such as magnetic coupling pumps **300** and the like.

It is to be understood that the present invention is not limited to the embodiments described above or as shown in the attached figures, but encompasses any and all embodiments within the spirit of the invention.

9 | 10

What is claimed is:

**1**. An improved bearing and shaft assembly adapted for use in a jet assembly of a magnetic coupling-type pump used for displacing a fluid to an environment, said improved bearing and shaft assembly comprising:

a sleeve-type, bearing assembly comprising an outer bearing member and a sleeve-type, inner bearing member,

wherein said outer bearing member comprises a body comprising a first end, a second end, and a cavity extending from said first end to said second end, wherein said cavity of said body is dimensioned and configured for receiving said sleeve-type, inner bearing member, wherein said outer bearing member is dimensioned and configured for fitting within a cavity of a magnetic impeller of the jet assembly of the magnetic coupling-type pump used for displacing the fluid to the environment, and wherein said outer bearing member is manufactured of a plastic material or engineered plastics,

wherein said sleeve-type, inner bearing member comprises a body comprising a first end, a second end, and a cavity extending from said first end to said second end of said body of said sleeve-type, inner bearing member, wherein said sleeve-type, inner bearing member is dimensioned and configured for fitting within said cavity of said body of said outer bearing member and within the cavity of the magnetic impeller of the jet assembly, and wherein said sleeve-type, inner bearing member is manufactured of rubber or a rubber-like material, and

wherein said outer bearing member and said sleeve-type, inner bearing member, when in operational use, are positioned adjacent to one another and are aligned axially with one another; and

a shaft assembly comprising a shaft member and a shaft protection member,

wherein said shaft assembly is adapted for being secured at a predetermined location within a housing of the jet assembly,

wherein said shaft protection member comprises a body comprising a first end, a second end, and a cavity extending from said first end to said second end of said body of said shaft protection member, wherein said cavity of said body of said shaft protection member is dimensioned and configured for receiving said shaft member, wherein said shaft protection member is dimensioned and configured for fitting within said cavity of said body of said sleeve-type, inner bearing member and within the cavity of the magnetic impeller of the jet assembly, and wherein said shaft protection member is manufactured of a hard material,

wherein said shaft member comprises a body comprising a first end and a second end, and wherein said shaft member is dimensioned and configured for fitting within said cavity of said body of said shaft protection member and within the cavity of the magnetic impeller of the jet assembly,

wherein, when in operational use, said shaft member and said shaft protection member are positioned within said cavity of said body of said sleeve-type, inner bearing member, which is positioned within said cavity of said body of said outer bearing member,

wherein, when in operational use, said outer bearing member, said sleeve-type, inner bearing member, said

shaft protection member, and said shaft member are all positioned within the cavity of the magnetic impeller of the jet assembly, and

wherein, when in operational use, the magnetic impeller of the jet assembly is rotatory within the housing of the jet assembly such that fluid is displaced to the environment.

**2**. The improved bearing and shaft assembly according to claim **1**,

wherein said shaft protection member further comprises a base comprising a cavity, and wherein said body of said shaft protection member extends upwardly from said base of said shaft protection member, and wherein said cavity of said base of said shaft protection member is dimensioned and configured for receiving said shaft member.

**3**. The improved bearing and shaft assembly according to claim **2**, wherein said base of said shaft protection member has a central hole.

**4**. The improved bearing and shaft assembly according to claim **1**, wherein said hard material of said shaft protection member is ceramic or a ceramic-type material.

**5**. The improved bearing and shaft assembly according to claim **1**, wherein said shaft protection member is polished.

**6**. The improved bearing and shaft assembly according to claim **1**, wherein said shaft assembly is secured about a center of an inner surface of a bottom of the housing of the jet assembly.

**7**. The improved bearing and shaft assembly according to claim **1**, wherein said shaft assembly and said bearing assembly align an axis of rotation of the magnetic impeller with an axis of rotation of a driving magnetic plate mounted to a motor, and wherein said shaft assembly is secured to a bottom of the housing of the jet assembly and said bearing assembly is secured to the center of the magnetic impeller within the housing of the jet assembly.

**8**. The improved bearing and shaft assembly according to claim **2**, wherein a portion of said outer bearing member and said first end of said body of said sleeve-type, inner bearing member are substantially flush with a rear side of the magnetic impeller when said outer bearing member and said sleeve-type, inner bearing member are positioned within the cavity of the magnetic impeller of the jet assembly.

**9**. The improved bearing and shaft assembly according to claim **8**, wherein said outer bearing member further comprises a base comprising a cavity, wherein said body of said outer bearing member extends upwardly from said base of said outer bearing member, and wherein said cavity of said base of said outer bearing member is dimensioned and configured for receiving said sleeve-type, inner bearing member.

**10**. The improved bearing and shaft assembly according to claim **2**, wherein said shaft assembly is secured about a center of an inner surface of a bottom of the housing of the jet assembly.

**11**. The improved bearing and shaft assembly according to claim **2**, wherein said shaft assembly and said bearing assembly align an axis of rotation of the magnetic impeller with an axis of rotation of a driving magnetic plate mounted to a motor, and wherein said shaft assembly is secured to a bottom of the housing of the jet assembly and said bearing assembly is secured to the center of the magnetic impeller within the housing of the jet assembly.

**12**. The improved bearing and shaft assembly according to claim **1**, wherein, when in operational use, said shaft assembly is stationary.

US 9,926,933 B2

11

**13.** The improved bearing and shaft assembly according to claim **1**, wherein said shaft member is manufactured of steel or a metal material.

**14.** The improved bearing and shaft assembly according to claim **1**, wherein a base of said shaft protection member has a central hole.

**15.** The improved bearing and shaft assembly according to claim **1**, wherein the fluid is displaced to a spa environment.

**16.** The improved bearing and shaft assembly according to claim **2**, wherein the fluid is displaced to a spa environment.

**17.** The improved bearing and shaft assembly according to claim **9**, wherein said base of said outer bearing member has a central hole.

**18.** An improved bearing and shaft assembly adapted for use in a jet assembly of a magnetic coupling-type pump used for displacing a fluid to an environment, said improved bearing and shaft assembly comprising:

a sleeve-type, bearing assembly comprising an outer bearing member and a sleeve-type, inner bearing member,

wherein said outer bearing member comprises a body that comprises a first end, a second end, and a cavity extending from said first end to said second end, wherein said cavity of said body is dimensioned and configured for receiving said sleeve-type, inner bearing member, and wherein said outer bearing member is dimensioned and configured for fitting within a cavity of a magnetic impeller of the jet assembly of the magnetic coupling-type pump used for displacing the fluid to the environment, wherein said sleeve-type, inner bearing member comprises a body comprising a first end, a second end, and a cavity extending from said first end to said second end of said body of said sleeve-type, inner bearing member, and wherein said sleeve-type, inner bearing member is dimensioned and configured for fitting within said cavity of said body of said outer bearing member and within the cavity of the magnetic impeller of the jet assembly, and

wherein said outer bearing member and said sleeve-type, inner bearing member, when in operational use, are positioned adjacent to one another and are aligned axially with one another; and

a shaft assembly comprising a shaft member and a shaft protection member,

wherein said shaft assembly is adapted for being secured at a predetermined location within a housing of the jet assembly,

wherein said shaft protection member comprises a base and a body extending upwardly from said base of said shaft protection member, wherein said base of said shaft protection member comprises a cavity, wherein said body of said shaft protection member comprises a first end, a second end, and a cavity extending from said first end to said second end of said body of said shaft protection member, wherein each of said cavity of said base and said cavity of said body of said shaft protection member is dimensioned and configured for receiving said shaft member, and wherein said shaft protection member is dimensioned and configured for fitting within said cavity of said body of said sleeve-type, inner bearing member and within the cavity of the magnetic impeller of the jet assembly,

wherein said shaft member comprises a body that comprises a first end and a second end, and wherein said shaft member is dimensioned and configured for fitting

12

within said cavity of said body of said shaft protection member and within the cavity of the magnetic impeller of the jet assembly,

wherein, when in operational use, said shaft member and said shaft protection member are positioned within said cavity of said body of said sleeve-type, inner bearing member, which is positioned within said cavity of said body of said outer bearing member,

wherein, when in operational use, said outer bearing member, said sleeve-type, inner bearing member, said shaft protection member, and said shaft member are all positioned within the cavity of the magnetic impeller of the jet assembly, and

wherein, when in operational use, the magnetic impeller of the jet assembly is rotatory within the housing of the jet assembly such that fluid is displaced to the environment.

**19.** The improved bearing and shaft assembly according to claim **18**, wherein said base of said shaft protection member has a central hole.

**20.** The improved bearing and shaft assembly according to claim **18**, wherein said outer bearing member is manufactured of a plastic material or engineered plastics.

**21.** The improved bearing and shaft assembly according to claim **18**, wherein said sleeve-type, inner bearing member is manufactured of rubber or a rubber-like material.

**22.** The improved bearing and shaft assembly according to claim **18**, wherein said shaft member is manufactured of steel or a metal material.

**23.** The improved bearing and shaft assembly according to claim **18**, wherein said shaft protection member is manufactured of a hard material.

**24.** The improved bearing and shaft assembly according to claim **23**, wherein said hard material is ceramic or a ceramic-type material.

**25.** The improved bearing and shaft assembly according to claim **18**, wherein said shaft protection member is polished.

**26.** The improved bearing and shaft assembly according to claim **18**, wherein said outer bearing member is manufactured of a plastic material or engineered plastics, wherein said sleeve-type, inner bearing member is manufactured of rubber or a rubber-like material, wherein said shaft member is manufactured of steel or a metal material, and wherein said shaft protection member is manufactured of a hard material.

**27.** The improved bearing and shaft assembly according to claim **26**, wherein said hard material is ceramic or a ceramic-type material.

**28.** The improved bearing and shaft assembly according to claim **26**, wherein said shaft protection member is polished.

**29.** The improved bearing and shaft assembly according to claim **18**, wherein said shaft assembly is secured about a center of an inner surface of a bottom of the housing of the jet assembly.

**30.** The improved bearing and shaft assembly according to claim **18**, wherein said shaft assembly and said bearing assembly align an axis of rotation of the magnetic impeller with an axis of rotation of a driving magnetic plate mounted to a motor, and wherein said shaft assembly is secured to a bottom of the housing of the jet assembly and said bearing assembly is secured to the center of the magnetic impeller within the housing of the jet assembly.

**31.** The improved bearing and shaft assembly according to claim **18**, wherein said outer bearing member further comprises a base, wherein said base of said outer bearing

13

member and said first end of said body of said sleeve-type, inner bearing member are substantially flush with a rear side of the magnetic impeller when said outer bearing member and said sleeve-type, inner bearing member are positioned within the cavity of the magnetic impeller of the jet assembly.

**32.** The improved bearing and shaft assembly according to claim **31**, wherein at least one of said base of said outer bearing member and said base of said shaft protection member is a base having a central hole.

**33.** The improved bearing and shaft assembly according to claim **31**, wherein said shaft assembly is secured about a center of an inner surface of a bottom of the housing of the jet assembly.

**34.** The improved bearing and shaft assembly according to claim **31**, wherein said shaft assembly and said bearing assembly align an axis of rotation of the magnetic impeller with an axis of rotation of a driving magnetic plate mounted to a motor, and wherein said shaft assembly is secured to a bottom of the housing of the jet assembly and said bearing assembly is secured to the center of the magnetic impeller within the housing of the jet assembly.

**35.** The improved bearing and shaft assembly according to claim **18**, wherein, when in operational use, said shaft assembly is stationary.

**36.** The improved bearing and shaft assembly according to claim **18**, wherein the fluid is displaced to a spa environment.

**37.** The improved bearing and shaft assembly according to claim **31**, wherein the fluid is displaced to a spa environment.

**38.** A jet assembly of a magnetic coupling-type pump used for displacing a fluid to an environment, said jet assembly comprising:

a housing comprising at least one inlet aperture and at least one outlet aperture and defining a chamber,

wherein said at least one inlet aperture is disposed about said housing and is dimensioned and configured to allow a fluid to pass through said at least one inlet aperture and enter into said chamber of said housing, and

wherein said at least one outlet aperture is disposed about said housing and is dimensioned and configured to allow the fluid to pass through said at least one outlet aperture and exit from said chamber of said housing into the environment;

a magnetic impeller defining a cavity, wherein said magnetic impeller is positioned within said chamber of said housing and configured to rotate within said chamber of said housing whereby rotation of said magnetic impeller causes the fluid to flow through said at least one inlet aperture and enter into said chamber of said housing and to flow through said at least one outlet aperture and exit from said chamber of said housing; and

an improved bearing and shaft assembly comprising a sleeve-type, bearing assembly and a shaft assembly,

wherein said sleeve-type, bearing assembly comprises an outer bearing member and a sleeve-type, inner bearing member,

wherein said outer bearing member comprises a body that comprises a first end, a second end, and a cavity extending from said first end to said second end, wherein said cavity of said body is dimensioned and configured for receiving said sleeve-type, inner bearing member, and wherein said outer bearing member is dimensioned and configured for fitting within said cavity of said magnetic impeller,

14

wherein said sleeve-type, inner bearing member comprises a body comprising a first end, a second end, and a cavity extending from said first end to said second end of said body of said sleeve-type, inner bearing member, and wherein said sleeve-type, inner bearing member is dimensioned and configured for fitting within said cavity of said body of said outer bearing member and within said cavity of said magnetic impeller,

wherein said outer bearing member and said sleeve-type, inner bearing member, when in operational use, are positioned adjacent to one another and are aligned axially with one another,

wherein said shaft assembly comprises a shaft member and a shaft protection member,

wherein said shaft assembly is adapted for being secured at a predetermined location within said housing of said jet assembly,

wherein said shaft member comprises a body that comprises a first end and a second end, and wherein said shaft member is dimensioned and configured for fitting within said cavity of said body of said shaft protection member and within said cavity of said magnetic impeller,

wherein said shaft protection member comprises a base and a body extending upwardly from said base of said shaft protection member, wherein said base of said shaft protection member comprises a cavity, wherein said body of said shaft protection member comprises a first end, a second end, and a cavity extending from said first end to said second end of said body of said shaft protection member, wherein each of said cavity of said base and said cavity of said body of said shaft protection member is dimensioned and configured for receiving said shaft member, and wherein said shaft protection member is dimensioned and configured for fitting within said cavity of said body of said sleeve-type, inner bearing member and within said cavity of said magnetic impeller,

wherein, when in operational use, said shaft member and said shaft protection member are positioned within said cavity of said body of said sleeve-type, inner bearing member, which is positioned within said cavity of said body of said outer bearing member,

wherein, when in operational use, said outer bearing member, said sleeve-type, inner bearing member, said shaft protection member, and said shaft member are all positioned within said cavity of said magnetic impeller, and

wherein, when in operational use, said magnetic impeller is rotatory within said housing of said jet assembly such that fluid is displaced to the environment.

**39.** The jet assembly according to claim **38**, wherein said base of said shaft protection member is a base having a central hole.

**40.** The jet assembly according to claim **38**, wherein said outer bearing member is manufactured of a plastic material or engineered plastics.

**41.** The jet assembly according to claim **38**, wherein said sleeve-type, inner bearing member is manufactured of rubber or a rubber-like material.

**42.** The jet assembly according to claim **38**, wherein said shaft member is manufactured of steel or a metal material.

**43.** The jet assembly according to claim **38**, wherein said shaft protection member is manufactured of a hard material.

**44.** The jet assembly according to claim **43**, wherein said hard material is ceramic or a ceramic-type material.

US 9,926,933 B2

15

**45**. The jet assembly according to claim **38**, wherein said shaft protection member is polished.

**46**. The jet assembly according to claim **38**, wherein said outer bearing member is manufactured of a plastic material or engineered plastics, wherein said sleeve-type, inner bearing member is manufactured of rubber or a rubber-like material, wherein said shaft member is manufactured of steel or a metal material, and wherein said shaft protection member is manufactured of a hard material.

**47**. The jet assembly according to claim **46**, wherein said hard material is ceramic or a ceramic-type material.

**48**. The jet assembly according to claim **46**, wherein said shaft protection member is polished.

**49**. The jet assembly according to claim **38**, wherein said jet assembly is adapted for being coupled to a motor assembly of the magnetic coupling pump wherein said magnetic impeller comprises a magnetic pole array, wherein the motor assembly comprises a motor, a magnetic pole array, and a motor shaft member adapted for being rotated such that a magnetic field generated by the magnetic pole array of the motor assembly moves or fluctuates in accordance with the rotation of the magnetic pole array of the motor assembly, wherein the motor drives the magnetic pole array, wherein the magnetic field moves and/or causes rotation of said magnetic pole array of said magnetic impeller, and wherein rotation of said magnetic impeller results in the fluid being drawn towards said magnetic impeller through said at least one inlet aperture and the fluid to be propelled out of said jet assembly through said at least one outlet aperture.

**50**. A magnetic coupling-type pump used for displacing a fluid to an environment, said pump comprising:
   a motor assembly comprising a motor; and
   a jet assembly comprising:
   a housing comprising at least one inlet aperture and at least one outlet aperture and defining a chamber,
   wherein said at least one inlet aperture is disposed about said housing and is dimensioned and configured to allow a fluid to pass through said at least one inlet aperture and enter into said chamber of said housing, and
   wherein said at least one outlet aperture is disposed about said housing and is dimensioned and configured to allow the fluid to pass through said at least one outlet aperture and exit from said chamber of said housing into the environment,
   a magnetic impeller defining a cavity, wherein said magnetic impeller is positioned within said chamber of said housing and configured to rotate within said chamber of said housing whereby rotation of said magnetic impeller causes the fluid to flow through said at least one inlet aperture and enter into said chamber of said housing and to flow through said at least one outlet aperture and exit from said chamber of said housing,
   an improved bearing and shaft assembly comprising a sleeve-type, bearing assembly and a shaft assembly,
   wherein said sleeve-type, bearing assembly comprises an outer bearing member and a sleeve-type, inner bearing member,
   wherein said outer bearing member comprises a body that comprises a first end, a second end, and a cavity extending from said first end to said second end, wherein said cavity of said body is dimensioned and configured for receiving said sleeve-type, inner bearing member, and wherein said outer bearing member is dimensioned and configured for fitting within said cavity of said magnetic impeller,

16

   wherein said sleeve-type, inner bearing member comprises a body comprising a first end, a second end, and a cavity extending from said first end to said second end of said body of said sleeve-type, inner bearing member, and wherein said sleeve-type, inner bearing member is dimensioned and configured for fitting with said cavity of said body of said outer bearing member and within said cavity of said magnetic impeller,
   wherein said outer bearing member and said sleeve-type, inner bearing member, when in operational use, are positioned adjacent to one another and are aligned axially with one another,
   wherein said shaft assembly comprises a shaft member and a shaft protection member,
   wherein said shaft assembly is adapted for being secured at a predetermined location within said housing of said jet assembly,
   wherein said shaft member comprises a body that comprises a first end and a second end, and wherein said shaft member is dimensioned and configured for fitting within said cavity of said body of said shaft protection member and within said cavity of said magnetic impeller,
   wherein said shaft protection member comprises a base and a body extending upwardly from said base of said shaft protection member, wherein said base of said shaft protection member comprises a cavity, wherein said body of said shaft protection member comprises a first end, a second end, and a cavity extending from said first end to said second end of said body of said shaft protection member, wherein each of said cavity of said base and said cavity of said body of said shaft protection member is dimensioned and configured for receiving said shaft member, and wherein said shaft protection member is dimensioned and configured for fitting within said cavity of said body of said sleeve-type, inner bearing member and within said cavity of said magnetic impeller,
   wherein, when in operational use, said shaft member and said shaft protection member are positioned within said cavity of said body of said sleeve-type, inner bearing member, which is positioned within said cavity of said body of said outer bearing member,
   wherein, when in operational use, said outer bearing member, said sleeve-type, inner bearing member, said shaft protection member, and said shaft member are all positioned within said cavity of said magnetic impeller, and
   wherein, when in operational use, said magnetic impeller is rotatory within said housing of said jet assembly such that fluid is displaced to the environment.

**51**. The magnetic coupling-type pump according to claim **50**, wherein said outer bearing member is manufactured of a plastic material or engineered plastics.

**52**. The magnetic coupling-type pump according to claim **50**, wherein said sleeve-type, inner bearing member is manufactured of rubber or a rubber-like material.

**53**. The magnetic coupling-type pump according to claim **50**, wherein said shaft member is manufactured of steel or a metal material.

**54**. The magnetic coupling-type pump according to claim **50**, wherein said shaft protection member is manufactured of a hard material.

**55**. The magnetic coupling-type pump according to claim **54**, wherein said hard material is ceramic or a ceramic-type material.

US 9,926,933 B2

17

**56.** The magnetic coupling-type pump according to claim **50**, wherein said shaft protection member is polished.

**57.** The magnetic coupling-type pump according to claim **50**, wherein said outer bearing member is manufactured of a plastic material or engineered plastics, wherein said sleeve-type, inner bearing member is manufactured of rubber or a rubber-like material, wherein said shaft member is manufactured of steel or a metal material, and wherein said shaft protection member is manufactured of a hard material.

**58.** The magnetic coupling-type pump according to claim **57**, wherein said hard material is ceramic or a ceramic-type material.

**59.** The magnetic coupling-type pump according to claim **57**, wherein said shaft protection member is polished.

**60.** The magnetic coupling-type pump according to claim **50**, wherein said magnetic impeller comprises a magnetic pole array, wherein said motor assembly further comprises a magnetic pole array and a motor shaft member adapted for being rotated such that a magnetic field generated by said magnetic pole array of said motor assembly moves or fluctuates in accordance with the rotation of said magnetic pole array of said motor assembly, wherein said motor drives said magnetic pole array of said motor assembly, wherein said magnetic field moves and/or causes rotation of said magnetic pole array of said magnetic impeller, and wherein rotation of said magnetic impeller results in the fluid being drawn towards said magnetic impeller through said at least one inlet aperture and the fluid to be propelled out of said jet assembly through said at least one outlet aperture.

**61.** A method for displacing a fluid to an environment using an improved bearing and shaft assembly for a jet assembly of a magnetic coupling-type pump, said method comprising the steps of:

securing an improved bearing and shaft assembly at a predetermined location within a housing of jet assembly,

wherein said improved bearing and shaft assembly comprises a sleeve-type, bearing assembly and a shaft assembly,

wherein said sleeve-type, bearing assembly comprises an outer bearing member and a sleeve-type, inner bearing member,

wherein said shaft assembly comprises a shaft member and a shaft protection member,

wherein said outer bearing member comprises a body comprising a first end, a second end, and a cavity extending from said first end to said second end, wherein said cavity of said body is dimensioned and configured for receiving said sleeve-type, inner bearing member, and wherein said outer bearing member is dimensioned and configured for fitting within a cavity of a magnetic impeller of the jet assembly of the magnetic coupling-type pump used for displacing the fluid to the environment,

wherein said sleeve-type, inner bearing member comprises a body comprising a first end, a second end, and a cavity extending from said first end to said second end of said body of said sleeve-type, inner bearing member, and wherein said sleeve-type, inner bearing member is dimensioned and configured for fitting within said cavity of said body of said outer bearing member and within the cavity of the magnetic impeller of the jet assembly,

wherein said outer bearing member and said sleeve-type, inner bearing member, when in operational use, are positioned adjacent to one another and are aligned axially with one another,

18

wherein said shaft assembly is adapted for being secured at a predetermined location within the housing of the jet assembly,

wherein said shaft member comprises a body comprising a first end and a second end, and wherein said shaft member is dimensioned and configured for fitting within said cavity of said body of said shaft protection member and within the cavity of the magnetic impeller of the jet assembly,

wherein said shaft protection member comprises a base and a body extending upwardly from said base of said shaft protection member, wherein said base of said shaft protection member comprises a cavity, wherein said body of said shaft protection member comprises a first end, a second end, and a cavity extending from said first end to said second end of said body of said shaft protection member, wherein each of said cavity of said base and said cavity of said body of said shaft protection member is dimensioned and configured for receiving said shaft member and wherein said shaft protection member is dimensioned and configured for fitting within said cavity of said body of said sleeve-type, inner bearing member and within the cavity of the magnetic impeller of the jet assembly,

wherein, when in operational use, said shaft member and said shaft protection member are positioned within said cavity of said body of said sleeve-type, inner bearing member, which is positioned within said cavity of said body of said outer bearing member,

wherein, when in operational use, said outer bearing member, said sleeve-type, inner bearing member, said shaft protection member, and said shaft member are all positioned within the cavity of the magnetic impeller of the jet assembly, and

wherein, when in operational use, the magnetic impeller of the jet assembly is rotatory within the housing of the jet assembly such that fluid is displaced to the environment;

causing rotation of the magnetic impeller positioned within a chamber defined by the housing of the jet assembly;

receiving the fluid and allowing the fluid to pass through at least one input aperture disposed about the housing of the jet assembly;

disturbing the fluid with the rotating magnetic impeller; and

outputting the fluid through at least one output aperture disposed about the housing of the jet assembly such that the fluid is displaced to the environment.

**62.** The method according to claim **61**,

wherein said outer bearing member further comprises a base comprising a cavity, wherein said body of said outer bearing member extends upwardly from said base of said outer bearing member, and wherein said cavity of said base of said outer bearing member is dimensioned and configured for receiving said sleeve-type, inner bearing member, and

wherein said shaft member further comprises a base, wherein said body of said shaft member extends upwardly from said base of said shaft member.

**63.** The method according to claim **61**, wherein the jet assembly is adapted for being coupled to the magnetic coupling-type pump, wherein the magnetic impeller comprises a magnetic pole array, wherein a motor assembly of the magnetic coupling pump comprises a motor, a magnetic pole array, and a motor shaft member adapted for being rotated such that a magnetic field generated by the magnetic

US 9,926,933 B2

19

20

pole array of the motor assembly moves or fluctuates in accordance with the rotation of the magnetic pole array of the motor assembly, wherein the motor drives the magnetic pole array of the motor assembly, wherein the magnetic field moves and/or causes rotation of the magnetic pole array of the magnetic impeller, and wherein rotation of the magnetic impeller results in the fluid being drawn towards the magnetic impeller through the at least one inlet aperture and the fluid to be propelled out of the jet assembly through the at least one outlet aperture.

**64**. The method according to claim **61**, wherein said outer bearing member is manufactured of a plastic material or engineered plastics, wherein said sleeve-type, inner bearing member is manufactured of rubber or a rubber-like material, wherein said shaft member is manufactured of steel or a metal material, and wherein said shaft protection member is manufactured of a hard material.

\*   \*   \*   \*   \*