US00D622736S

## (12) United States Design Patent
### Le et al.

(10) Patent No.: **US D622,736 S**
(45) Date of Patent: ** **Aug. 31, 2010**

(54) **JET PUMP HOUSING**

(75) Inventors: **Kevin D. Le**, Richland Hills, TX (US); **Thanh Le**, Grand Prairie, TX (US)

(73) Assignee: **LURACO Technologies, Inc.**, Arlington, TX (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/359,241**

(22) Filed: **Apr. 7, 2010**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 12/543,736, filed on Aug. 19, 2009, which is a continuation-in-part of application No. 12/405,938, filed on Mar. 17, 2009, now abandoned.

(51) **LOC (9) Cl.** .................................................. **15-02**
(52) **U.S. Cl.** ...................................................... **D15/7**
(58) **Field of Classification Search** ................ D15/7–9; D23/231, 232, 225; 417/410.1, 359, 415–416, 417/234, 321, 265, 405
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D490,819 S * 6/2004 Wahlberg ...................... D15/7
D574,855 S * 8/2008 Chu ............................. D15/9

* cited by examiner

*Primary Examiner*—Ralf Seifert
(74) *Attorney, Agent, or Firm*—Haynes and Boone, LLP

(57) **CLAIM**

The ornamental design for a jet pump housing, as shown and described.

### DESCRIPTION

FIG. **1** is a perspective view of the jet pump housing showing our new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a right side elevational view thereof;
FIG. **4** is a top plan view thereof; and,
FIG. **5** is a bottom plan view thereof.

**1 Claim, 3 Drawing Sheets**





Fig. 1



Fig. 2

Fig. 3



Fig. 4



Fig. 5