US00D751723S

## (12) United States Design Patent
### Le et al.

(10) Patent No.: **US D751,723 S**
(45) Date of Patent: ** **Mar. 15, 2016**

(54) **FOOT SPA**

(71) Applicants: **Kevin Le**, Richland Hills, TX (US);
**Thanh Le**, Grand Prairie, TX (US)

(72) Inventors: **Kevin Le**, Richland Hills, TX (US);
**Thanh Le**, Grand Prairie, TX (US)

(73) Assignee: **Luraco Technologies, Inc.**, Arlington, TX (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/456,874**

(22) Filed: **Jun. 4, 2013**

(51) LOC (10) Cl. ............................................. **24-01**
(52) U.S. Cl.
USPC ........................................................ **D24/201**
(58) Field of Classification Search
USPC .......... D24/200–205, 211–213; D25/2; 601/6, 601/15, 64, 157–158, 30–32; 4/622, 574.1, 4/541.1; D23/276–278
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D450,390 S | * | 11/2001 | Tran | D24/213 |
| D627,075 S | * | 11/2010 | Galati et al. | D24/204 |
| D701,968 S | * | 4/2014 | Le et al. | D24/204 |
| D701,969 S | * | 4/2014 | Le et al. | D24/204 |
| D701,970 S | * | 4/2014 | Le et al. | D24/204 |
| 8,726,430 B2 | * | 5/2014 | Tran et al. | 4/622 |
| D707,836 S | * | 6/2014 | Long | D24/204 |
| D718,411 S | * | 11/2014 | Tran | D23/204 |
| 2009/0100590 A1 | * | 4/2009 | Galati et al. | 4/541.2 |
| 2011/0010844 A1 | * | 1/2011 | Ton | 4/622 |

* cited by examiner

*Primary Examiner* — Ian Simmons
*Assistant Examiner* — Samantha Q Lawrence
(74) *Attorney, Agent, or Firm* — Hoang Steve Ngo

(57) **CLAIM**

The ornamental design for a foot spa, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective, rear view of a foot spa showing my new design;
FIG. **2** is a perspective, front view thereof;
FIG. **3** is a perspective, right side view thereof;
FIG. **4** is a perspective, left side view thereof;
FIG. **5** is a perspective, rear and right side view thereof;
FIG. **6** is a perspective, rear and left side view thereof;
FIG. **7** is a perspective, rear, left-side view thereof shown in an environment of use;
FIG. **8** is a perspective, rear, right-side view thereof shown in an environment of use;
FIG. **9** is a rear view thereof;
FIG. **10** is a front view thereof;
FIG. **11** is a right side view thereof;
FIG. **12** is a left side view thereof; and,
FIG. **13** is a top view thereof.
The broken lines in FIGS. **1-13** illustrate portions of the foot spa that form no part of the claimed design. The additional broken lines in FIGS. **7** and **8** illustrate environmental subject matter and form no part of the claimed design.

**1 Claim, 9 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG 5



FIG. 6



FIG. 7

FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13