# ACCUSED SAM'S SPA JET
## (Purchased Evidence)



**Jet Assembly Base**

**Shaft Assembly**

**Bearing Assembly**

**Front cover**

Exhibit D, p. 1

# ACCUSED SAM'S SPA JET
## (Purchase Evidence)



**Front cover**

**Magnetic Impeller**

**Base**

Exhibit D, p. 2

# ACCUSED SAM'S SPA JET
## (Purchase Evidence)

