# ACCUSED SAM'S KID PEDICURE SPA
## (Purchased Evident)

**Label shows:**
1. Model: Bellagio
2. c**UL**us listed
3. Made in USA
4. Manufactured by: GTP International Corp.





Exhibit E, p. 1

# ACCUSED SAM'S KID PEDICURE SPA
## (At SAM SPA's Client Salon)



Exhibit E, p. 2

# ACCUSED SAM'S KID PEDICURE SPA
## (At SAM SPA's showroom)




Exhibit E, p. 3

# SAM'S KID PEDICURE SPA
## (At SAM SPA's showroom)





Exhibit E, p. 4