

June 12, 2018

Mr. Vu Tran (Owner)
Sam's Spa Nail Supply
3325 W Walnut Street #500
Garland, TX 75042
*via regular and certified mail:* 7015 1520 0002 1564 1125

    Re:    Patent Infringement of Luraco Patents by Sam's Spa Nail Supply salon products

Dear Mr. Tran,

We are intellectual property counsel for Luraco Health & Beauty, LLC, which is licensed by Luraco, Inc for using U.S. design patent D751,723 S (Foot Spa).

A comparison of the design patent above with your product offering reveals an apparent infringement by your products. See enclosed Exhibits A, B, and C.

Luraco desires to amicably resolve this matter, and is willing to discuss selling its products to you and eliminate any dispute. However, until this matter is resolved, it is requested that all Sam's Spa Nail Supply-affiliated organizations cease and desist from selling or offering for sale the foot spas shown in the exhibits.

We look forward to hearing from you regarding this matter. You can contact me through email or phone, as provided below. Please contact me within two weeks of receiving this letter. I will assume that I should counsel stronger measures if you make no attempt to contact me during that time.

Respectfully,
s/Warren V. Norred/
Warren V. Norred, for Luraco Health & Beauty, LLC
wnorred@norredlaw.com

Enclosures: Exhibits A, B, & C

Exhibit A

**EXHIBIT A**

# SAM's Mini Pedicure Spa

Exhibit A

# ACCUSED SAM'S KID PEDICURE SPA
**(Purchased Evident)**

**Label shows:**
1. Model: Bellagio
2. cULus listed
3. Made in USA
4. Manufactured by: GTP International Corp.




Exhibit A

## ACCUSED SAM'S KID PEDICURE SPA
### (At SAM SPA's Client Salon)



Exhibit A

## ACCUSED SAM'S KID PEDICURE SPA
**(At SAM SPA's showroom)**





Exhibit A

## SAM'S KID PEDICURE SPA
**(At SAM SPA's showroom)**





# EXHIBIT B

# ACCUSED SAM'S SPA JET
(Purchased Evidence)



ACCUSED SAM'S SPA JET
(Purchased Evidence)

- Bearing Assembly
- Front cover
- Jet Assembly Base
- Shaft Assembly

## ACCUSED SAM'S SPA JET
(Purchase Evidence)



Front cover

Base

Magnetic Impeller



ACCUSED SAM'S SPA JET
(Purchase Evidence)

Mounting Housing

US00D751723S

## United States Design Patent
### Le et al.

(10) Patent No.: **US D751,723 S**
(45) Date of Patent: ** **Mar. 15, 2016**

(54) FOOT SPA

(71) Applicants: Kevin Le, Richland Hills, TX (US); Thanh Le, Grand Prairie, TX (US)

(72) Inventors: Kevin Le, Richland Hills, TX (US); Thanh Le, Grand Prairie, TX (US)

(73) Assignee: Luraco Technologies, Inc., Arlington, TX (US)

(**) Term: **14 Years**

(21) Appl. No.: 29/456,874

(22) Filed: **Jun. 4, 2013**

(51) LOC (10) Cl. .................................. 24-01
(52) U.S. Cl.
 USPC ..................................... D24/201
(58) Field of Classification Search
 USPC ........ D24/200–205, 211–213; D25/2; 601/6, 601/15, 64, 157–158, 30–32; 4/622, 574.1, 4/541.1; D23/276–278

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D450,390 | S | * | 11/2001 | Tran | D24/213 |
| D627,075 | S | * | 11/2010 | Galati et al. | D24/204 |
| D701,968 | S | * | 4/2014 | Le et al. | D24/204 |
| D701,969 | S | * | 4/2014 | Le et al. | D24/204 |
| D701,970 | S | * | 4/2014 | Le et al. | D24/204 |
| 8,726,430 | B2 | * | 5/2014 | Tran et al. | 4/622 |
| D707,836 | S | * | 6/2014 | Long | D24/204 |
| D718,411 | S | * | 11/2014 | Tran | D23/204 |
| 2009/0100590 | A1 | * | 4/2009 | Galati et al. | 4/541.2 |
| 2011/0010844 | A1 | * | 1/2011 | Ton | 4/622 |

* cited by examiner

*Primary Examiner* — Ian Simmons
*Assistant Examiner* — Samantha Q Lawrence
(74) *Attorney, Agent, or Firm* — Hoang Steve Ngo

(57) **CLAIM**

The ornamental design for a foot spa, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective, rear view of a foot spa showing my new design;
FIG. 2 is a perspective, front view thereof;
FIG. 3 is a perspective, right side view thereof;
FIG. 4 is a perspective, left side view thereof;
FIG. 5 is a perspective, rear and right side view thereof;
FIG. 6 is a perspective, rear and left side view thereof;
FIG. 7 is a perspective, rear, left-side view thereof shown in an environment of use;
FIG. 8 is a perspective, rear, right-side view thereof shown in an environment of use;
FIG. 9 is a rear view thereof;
FIG. 10 is a front view thereof;
FIG. 11 is a right side view thereof;
FIG. 12 is a left side view thereof; and,
FIG. 13 is a top view thereof

The broken lines in FIGS. **1-13** illustrate portions of the foot spa that form no part of the claimed design. The additional broken lines in FIGS. **7** and **8** illustrate environmental subject matter and form no part of the claimed design.

**1 Claim, 9 Drawing Sheets**



Exhibit C



U.S. Patent    Mar. 15, 2016    Sheet 1 of 9    US D751,723 S

FIG. 1



U.S. Patent — Mar. 15, 2016 — Sheet 2 of 9 — US D751,723 S

FIG. 2



FIG. 3



FIG. 4

U.S. Patent    Mar. 15, 2016    Sheet 4 of 9    US D751,723 S



FIG 5



FIG. 6

U.S. Patent  Mar. 15, 2016  Sheet 5 of 9  US D751,723 S



Exhibit C

U.S. Patent  Mar. 15, 2016  Sheet 6 of 9  US D751,723 S

FIG. 7

FIG. 8

**U.S. Patent**    Mar. 15, 2016    Sheet 7 of 9    US D751,723 S



FIG. 9



FIG. 10



FIG. 11



FIG. 12



U.S. Patent    Mar. 15, 2016    Sheet 9 of 9    US D751,723 S

FIG. 13