

July 19, 2018

Mr. Vu Tran (Owner)
Sam's Spa Nail Supply
3325 W Walnut Street #500
Garland, TX 75042
*via  regular and certified mail:* 7011 2970 0003 2377 3680

    Re:    Patent Infringement of Luraco Patents by Sam's Spa Nail Supply salon products

Dear Mr. Tran,

We are intellectual property counsel for Luraco Health & Beauty, LLC, which is licensed by Luraco, Inc for using U.S. utility patents 9,926,933 (Bearing and Shaft Assembly for Jet Assemblies) and 9,855,188 (Multifunctional Magnetic Coupling Jet), and design patents D622,736 (Jet Pump Housing), D698,368 (Magnetic Pump Wet End), and D751,723 S (Foot Spa).

A comparison of the claims of the utility patents above with your product offering reveals an apparent infringement by your products, particularly the shaft and bearing assemblies concerning the base, cap, and impeller of patent 9,926,933, and 9,855,188. See enclosed Exhibits A, B, C.

This is the second letter we have sent you on this matter; the United States Postal Service shows that you received it by certified mail on June 14th. I am sending this second letter because the first one did not include the full allegations of infringement. Otherwise I would proceed with the next step of litigation.

Luraco still desires to amicably resolve this matter and is willing to discuss selling its products to you and eliminate dispute. However, until this matter is resolved, it is requested that all organizations affiliated with you cease selling or offering for sale spa pumps and foot spas.

You can contact me through email or phone, as provided below. Please contact me within two weeks of receiving this letter. I will assume that I should counsel stronger measures if you make no attempt to contact me during that time.

Respectfully,
s/Warren V. Norred/
Warren V. Norred, for Luraco Health & Beauty, LLC
wnorred@norredlaw.com

Enclosures: Exhibits A, B, & C

Exhibit A

**EXHIBIT A**

# SAM's Mini Pedicure Spa

Exhibit A



# ACCUSED SAM'S KID PEDICURE SPA
**(Purchased Evident)**

**Label shows:**
1. Model: Bellagio
2. cULus listed
3. Made in USA
4. Manufactured by: GTP International Corp.



Exhibit A

# ACCUSED SAM'S KID PEDICURE SPA
### (At SAM SPA's Client Salon)



Exhibit A

**ACCUSED SAM'S KID PEDICURE SPA**
**(At SAM SPA's showroom)**





Exhibit A

## SAM'S KID PEDICURE SPA
**(At SAM SPA's showroom)**





# EXHIBIT B

# ACCUSED SAM'S SPA JET
(Purchased Evidence)



**ACCUSED SAM'S SPA JET**
(Purchased Evidence)

Bearing Assembly

Front cover

Jet Assembly Base

Shaft Assembly

## ACCUSED SAM'S SPA JET
(Purchase Evidence)



Front cover

Base

Magnetic Impeller

**ACCUSED SAM'S SPA JET**
(Purchase Evidence)



# (12) United States Design Patent
## Le et al.

(10) Patent No.: **US D751,723 S**
(45) Date of Patent: ** Mar. 15, 2016

(54) **FOOT SPA**

(71) Applicants: Kevin Le, Richland Hills, TX (US); Thanh Le, Grand Prairie, TX (US)

(72) Inventors: Kevin Le, Richland Hills, TX (US); Thanh Le, Grand Prairie, TX (US)

(73) Assignee: Luraco Technologies, Inc., Arlington, TX (US)

(**) Term: 14 Years

(21) Appl. No.: 29/456,874

(22) Filed: Jun. 4, 2013

(51) LOC (10) Cl. .................................. 24-01
(52) U.S. Cl.
     USPC ........................................ D24/201
(58) Field of Classification Search
     USPC ......... D24/200–205, 211–213; D25/2; 601/6, 601/15, 64, 157–158, 30–32; 4/622, 574.1, 4/541.1; D23/276–278

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D450,390 | S * | 11/2001 | Tran | | D24/213 |
| D627,075 | S * | 11/2010 | Galati et al. | | D24/204 |
| D701,968 | S * | 4/2014 | Le et al. | | D24/204 |
| D701,969 | S * | 4/2014 | Le et al. | | D24/204 |
| D701,970 | S * | 4/2014 | Le et al. | | D24/204 |
| 8,726,430 | B2 * | 5/2014 | Tran et al. | | 4/622 |
| D707,836 | S * | 6/2014 | Long | | D24/204 |
| D718,411 | S * | 11/2014 | Tran | | D23/204 |
| 2009/0100590 | A1 * | 4/2009 | Galati et al. | | 4/541.2 |
| 2011/0010844 | A1 * | 1/2011 | Ton | | 4/622 |

* cited by examiner

*Primary Examiner* — Ian Simmons
*Assistant Examiner* — Samantha Q Lawrence
(74) *Attorney, Agent, or Firm* — Hoang Steve Ngo

(57) **CLAIM**

The ornamental design for a foot spa, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective, rear view of a foot spa showing my new design;
FIG. 2 is a perspective, front view thereof;
FIG. 3 is a perspective, right side view thereof;
FIG. 4 is a perspective, left side view thereof;
FIG. 5 is a perspective, rear and right side view thereof;
FIG. 6 is a perspective, rear and left side view thereof;
FIG. 7 is a perspective, rear, left-side view thereof shown in an environment of use;
FIG. 8 is a perspective, rear, right-side view thereof shown in an environment of use;
FIG. 9 is a rear view thereof;
FIG. 10 is a front view thereof;
FIG. 11 is a right side view thereof;
FIG. 12 is a left side view thereof; and,
FIG. 13 is a top view thereof.

The broken lines in FIGS. 1-13 illustrate portions of the foot spa that form no part of the claimed design. The additional broken lines in FIGS. 7 and 8 illustrate environmental subject matter and form no part of the claimed design.

**1 Claim, 9 Drawing Sheets**





**U.S. Patent**    Mar. 15, 2016    Sheet 1 of 9    US D751,723 S

FIG. 1



U.S. Patent  Mar. 15, 2016  Sheet 2 of 9  US D751,723 S

FIG. 2

**U.S. Patent**    Mar. 15, 2016    Sheet 3 of 9    **US D751,723 S**



FIG. 3



FIG. 4

**U.S. Patent**    Mar. 15, 2016    Sheet 4 of 9    **US D751,723 S**



FIG 5

U.S. Patent    Mar. 15, 2016    Sheet 5 of 9    US D751,723 S



FIG. 6



U.S. Patent    Mar. 15, 2016    Sheet 6 of 9    US D751,723 S

FIG. 7

FIG. 8



FIG. 9





FIG. 10



FIG. 11



FIG. 12



FIG. 13