# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **LURACO HEALTH & BEAUTY, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| VU TRAN; NGA VO; LUCY SAM'S SPA & NAIL SUPPLY, INC.; BURRY COSMETIC, INC.; SAM'S SPA SUPPLY, INC.; SAM'S NAIL SUPPLY INC.; SAM'S NAIL SUPPLY SAN ANTONIO, INC.; SAM-SPA HOLDING CO., INC.; GTP INTERNATIONAL CORP.; and XUYEN CHAU LUC MFG. – TRADING CO., LTD., | § § § § § § § § § | CASE NO. 4:19-CV-51-ALM-KPJ |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff Luraco Health & Beauty, LLC's ("Plaintiff") Unopposed Motion to Amend Case Style and Correct Name (the "Motion") (Dkt. 14), wherein Plaintiff seeks to amend the case style to accurately name all defendants and to amend the complaint accordingly. *See id*. The Motion represents that named Defendant Lucy Sam's Spa & Nail Supply, Inc., was incorrectly named as "Lucy Sam's Spa Supply Inc." Upon consideration, the Court finds the Motion (Dkt. 14) is **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's First Amended Complaint (Dkt.16) is deemed filed as of February 15, 2019, and the Clerk of Court is directed to restyle the case and amend the docket as set forth above.

**IT IS SO ORDERED**.

SIGNED this 15th day of February, 2019.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE