

# AFFIDAVIT OF SERVICE

Cause Number: 4:19-cv-00051-ALM-KPJ

Luraco Health & Beauty, LLC

vs.

Vu Tran, et al.

My name is **Matthew Weiler,** I am over the age of 18 years of age. I am authorized to deliver Subpoenas, Citations and other notices within the State of Texas. I am not associated with the parties here to nor interested in the outcome of this matter. I am fully competent to testify to the matters stated in this affidavit. I have personal knowledge of the facts and statements contained in this affidavit.

**On April 12, 2019 at 9:30 AM I received these documents listed below**

1) Summons

I was contracted to deliver these documents to Xuyen Chau Luc MFG. - Trading Co., LTD c/o Vu Tran at 5113 Cantera Lane, Richardson, TX 75082 or wherever he may be found.

On April 12th, 2019 at 5:00 PM I arrived at Mr. Tran's residence at 5113 Cantera Lane, Richardson, TX 75082. As instructed, I remained outside the residence waiting for Mr. Tran to arrive home. At 7:00 PM a white Lexus SUV pulled into the driveway of the residence. I approached the vehicle and the gentleman driving rolled down the window. He confirmed to me that he was Vu Tran so I handed him the service papers. He then told me that "I already told you I am not accepting service for this company". I told him I was instructed to deliver them to Vu Tran. He then threw the documents onto the street.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/15/2019

_signature_

MATT WEILER
PSC12183
Ex. 7-31-19
STATE OF TEXAS
DENTON COUNTY
SUBSCIBED TO AND SWORN to before this 15th day of April 2019

_signature_
Notary in and for the State of Texas



MARIA A. PULIDO
Notary Public, State of Texas
Comm. Expires 11-23-2019
Notary ID 130448746