**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS - SHERMAN DIVISION**

| | | |
|---|---|---|
| **LURACO HEALTH & BEAUTY, LLC,** | § | |
|     Plaintiff, | § | Case No. 4:19-cv-51-ALM-JPJ |
| | § | |
| v. | § | |
| | § | |
| **VU TRAN,** *et al .* | § | |
|     Defendants. | § | |

## NOTICE OF WITHDRAWAL

**COMES NOW** Plaintiff Luraco Health & Beauty, LLC ("Plaintiff") and file this Notice of Withdrawal of the Affidavit of Service concerning defendant Xuyen Chau Luc MFG. - Trading Co., LTD ("Xuyen"), doc. 29 in the Court's docket.

This withdrawal is based on assurances by Vu Tran concerning his relationship with Xuyen, and an understanding that service to Tran is insufficient to operate as service to Xuyen.

Plaintiff will not use the withdrawn document as a foundation for taking of a default by Xuyen, which at this time remains unserved.

                                                Respectfully submitted,

                                                Warren V. Norred, Texas Bar: 24045094
                                                Norred Law, PLLC
                                                515 E. Border, Arlington, Texas 76010
                                                wnorred@norredlaw.com
                                                817-704-3984 O; 817-524-6686 F
                                                Attorney for Plaintiff

**CERTIFICATE OF SERVICE** - I certify that a true and correct copy of the attached Motion to Amend Case Style was served on the attorneys of record for all parties and those asking for notice by the Court's electronic filing system on April 24, 2019:

                                                /s/ Warren V. Norred
                                                Warren V. Norred