# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| LURACO HEALTH AND BEAUTY, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-51-SDJ |
| | § | |
| VU TRAN, ET AL. | § | |

## ORDER GRANTING DOMESTIC DEFENDANTS' OPPOSED MOTION TO STAY

Pending before the Court is Defendants Vu Tran, Nga Vo, Lucy Sam's Spa & Nail Supply, Inc., Burry Cosmetic Inc., Sam's Spa Supply, Inc., Sam's Nail Supply, Inc., Sam's Nail Supply San Antonio, Inc., Sam-Spa Holding Company, Inc., and GTP International Corp.'s (collectively, "Domestic Defendants") Opposed Motion to Stay Case Management Conference and Joint Report. (Dkt. #41). Having considered the Motion, the Court **GRANTS** the Motion.

It is, therefore, **ORDERED** that all discovery is **STAYED** and all deadlines set forth in the Order Governing Proceedings (Dkt. #40) are **STAYED** pending a ruling on Domestic Defendants' Second Motion to Dismiss. (Dkt. #33). The Rule 16 Management Conference before the Court on December 3, 2019 at 1:00 p.m. is **CANCELLED**.

So ORDERED and SIGNED this 7th day of November, 2019.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE